# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                           NO. 2023 KW 1285

VERSUS

JOSEPH M. BROWN                                      **FEBRUARY 16, 2024**

---

In Re:     Joseph M. Brown, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 04-04-0373.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT DENIED AS MOOT.**  The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's application for postconviction relief filed
December 22, 2022, and supplement filed April 3, 2023, on August
10, 2023.

                              **JEW**
                              **EW**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT